DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GYN ONCOLOGY AND UROGYNECOLOGY ASSOCIATES, LLC,
FLORIDA WOMAN CARE LLC,** and **FWC HOLDINGS LLC,**
Appellants,

v.

**HOA NGUYEN, M.D.,**
Appellee.

No. 4D2025-1856

[July 9, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gerard Joseph Curley Jr., Judge; L.T. Case No. 502025CA000845XXXAMB.

Erik R. Matheney, S. Elizabeth King, and Alyssa L. Cory of Shutts & Bowen LLP, Tampa, for appellants.

Richard P. Corey of the Law Offices of Richard Corey, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***